UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 17-7024-CJC (JPR)** Date: **October 9, 2018**

Title: **Trayshawn McGruder v. Los Angeles Sheriff Department Deputy Haggard**

================================================================

**DOCKET ENTRY: Order to Show Cause**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None present      None present

**PROCEEDINGS: (IN CHAMBERS)**

On September 22, 2017, Plaintiff filed a civil-rights complaint under 42 U.S.C. § 1983. On February 26, 2018, the Court ordered the U.S. Marshal to serve the operative Third Amended Complaint on Defendant Haggard only.[1] On September 17, 2018, the U.S. Marshal filed a process receipt and return indicating that Haggard had been served with a summons and a copy of the operative Third Amended Complaint on September 6. To date, Haggard has not filed an answer or other response to the TAC.

Plaintiff is ORDERED TO SHOW CAUSE in writing no later than 21 days from the date of this Order why this case should not be dismissed for failure to prosecute. If within the same time period Haggard files an answer or other response to the TAC, or Plaintiff requests entry of default as to him, the OSC will automatically be discharged.

Plaintiff is warned that his failure to timely and adequately respond to this OSC may result in this lawsuit being dismissed for failure to prosecute.

---

[1] Defendant's last name is given as "Haggard" in the TAC's caption and on the order directing service of process but as "Haggerty" on the process receipt and return.

MINUTES FORM 11      Initials of Deputy Clerk: bm
CIVIL-GEN