# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 17-7024-CJC (JPR)**            Date: **November 14, 2018**

Title: **Trayshawn McGruder v. L.A. Sheriff Department Deputy Haggard**

================================================================

**DOCKET ENTRY: Order Requiring Re-Service of Order to Show Cause**

================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
    None present                                     None present

**PROCEEDINGS: (IN CHAMBERS)**

On October 9, 2018, the Court ordered Plaintiff to show cause why his claims against Defendant Haggard should not be dismissed for failure to prosecute. On October 15, Plaintiff constructively filed a notice of change of address. He has not timely responded to the OSC and may not have received it before he moved.

Accordingly, in an abundance of caution, the Clerk is directed to re-serve Plaintiff with the October 9 OSC at his new address of record, along with this minute order. His response to the OSC is now due 21 days from the date of this order. He is warned that if he fails to timely respond to it, his lawsuit will likely be dismissed.