**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYSHAWN McGRUDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>　　　　Defendants. | Case No. CV 17-7024-CJC (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Actions with Prejudice for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2019

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE